UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 08, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Oliver Brown v. Metalclad Insulation Corp., et al., )
    N.D. California, C.A. No. 4:09-4681 )    MDL No. 875

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 27, 2010, HEARING SESSION

    A conditional transfer order was filed in this action (*Brown*) on November 5, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Brown* filed notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiff subsequently withdrew his notice of opposition.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-328" filed on November 5, 2009, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eduardo C. Robreno.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 17, 2009, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel