# K&L GATES

**K&L GATES LLP**
FOUR EMBARCADERO CENTER
SUITE 1200
SAN FRANCISCO, CA 94111
T +1 415 882 8200   F +1 415 882 8220  klgates.com

August 15, 2013

Bogdan-Alexandru Albu
bogdan.albu@klgates.com

T +1 415 882 8088
F +1 415 882 8220

Honorable Jacqueline S. Corley
Dept. F
US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94111

   Re: <u>Oliver Brown v. Asbestos Defendants, et al.</u>
      Northern District of California District Court No. 3:09-cv-04681-CRB
      Our Client: Crane Co.

Dear Judge Corley,

We respectfully request that the Court excuse Crane Co.'s corporate representative from physically appearing at the August 28, 2013, settlement conference in the above-referenced matter. Counsel will be physically present with full settlement authority, and Crane Co.'s representative will be available by phone at all times during the conference.

Crane Co.'s corporate representatives and corporate headquarters are located on the east coast, nearly 3,000 miles away. Travelling across the county to attend this settlement conference in person will create significant costs, both in time and money. Crane Co. is a party to thousands of cases throughout the country, exacerbating these costs. As the client's physical presence at the settlement conference will not likely benefit Mr. Brown or effect the settlement process, we ask the court excuse the corporate representative's physical presence to avoid undue costs.

As a party to numerous asbestos lawsuits throughout the country, Crane Co. has resolved a vast majority of its cases out of court and without the in-person involvement of a corporate representative. K&L Gates, national toxic tort counsel for Crane Co., resolves Crane Co. cases on a nearly daily basis throughout the country. With the Brayton Purcell firm alone, K&L Gates has resolved over 200 Crane Co. cases without the need for corporate representatives to physically attend the settlement conferences. Crane Co., K&L Gates attorneys, and the Brayton Purcell firm are all seasoned players in asbestos litigation. Having a corporate representative fly across the country for a face to face conference is unlikely to influence the outcome in any material way.

Again, Crane Co.'s counsel will be physically present at the settlement conference with full settlement authority. In addition, Crane Co.'s corporate representative will be immediately available by telephone throughout the conference.

K&L GATES

Page 2
August 15, 2013

Per the courts July 5, 2013 order, we have written to all counsel of record to meet and confer regarding our request. Over two weeks ago, in a letter dated July 26, I invited counsel to contact me directly with any questions, concerns, or objections to this Court's excusing our client's physical presence at the settlement conference. I have received no responses to date.

For the reasons stated, Crane Co. respectfully requests that the Court excuse Crane Co.'s corporate representative from physically attending the August 28, 2013 settlement conference.

Regards,

Bogdan-Alexandru Albu

cc: All Counsel

Dated: 8/22/2013



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Jacqueline S. Corley

Judge Jacqueline Scott Corley