**K&L GATES**    K&L GATES LLP
FOUR EMBARCADERO CENTER
SUITE 1200
SAN FRANCISCO, CA 94111
T +1 415 882 8200    F +1 415 882 8220   klgates.com

September 4, 2013

Bogdan-Alexandru Albu
bogdan.albu@klgates.com

T +1 415 882 8088
F +1 415 882 8220

Honorable Jacqueline S. Corley
Dept. F
US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94111

Re: Oliver Brown v. Asbestos Defendants, et al.
Northern District of California District Court No. 3:09-cv-04681-CRB
Our Client: Crane Co.

Dear Judge Corley,

We are responding to your request for consideration of whether to proceed with a magistrate judge. Due to the Labor Day holiday we are still conducting our due diligence on how to proceed. To avoid preemptively and prematurely refusing to proceed with a magistrate judge, we respectfully request an additional week to respond.

Regards,

Bogdan-Alexandru Albu

cc: All Counsel

Dated: September 5, 2013



GRANTED
Judge Jacqueline Scott Corley