1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLIVER BROWN, | ) | No.  3:09-cv-04681-CRB |
| Plaintiff, | ) | **ORDER GRANTING PARTIES'** |
| | ) | **DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) | **OF DEFENDANT HONEYWELL** |
| ASBESTOS DEFENDANTS, *et al.*, | ) | **INTERNATIONAL INC.** |
| Defendants. | ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

HONEYWELL INTERNATIONAL INC. are hereby dismissed without prejudice pursuant to

Rule 41 of the Federal Rules of Civil Procedure.

Dated:  September 30, 2013          By:_____

Charles

United S

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL
INTERNATIONAL INC.