**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>　　　　Defendants. | No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITHOUT PREJUDICE<br>OF DEFENDANT HONEYWELL<br>INTERNATIONAL INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HONEYWELL INTERNATIONAL INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  September 30, 2013          By: _____
                                        Charles
                                        United S[tates District Judge]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.