ALAN R. BRAYTON, ESQ., CA S.B. #73685
RENE J. CASILLI, ESQ., CA S.B. #261779
Email: RCasilli@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> ASBESTOS DEFENDANTS, *et al.*, <br><br> Defendants. | Case No. 3:09-cv-04681-CRB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.** |

///

///

///

///

///

///

///

1
STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant CRANE CO. shall be, and hereby are, dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. |

Dated: September 16, 2013          BRAYTON ❖ PURCELL LLP

By: _____
RENE J. CASILLI, CA, S.B. #261779
RCasilli@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiff

Dated:                                         K & L GATES LLP

By : _____
MICHELLE C. BARNES, CA S.B. #187239
Attorneys for Defendant
CRANE CO.

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>　　　　Defendants. | Case No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CRANE CO. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 4, 2013

By: _____
Charles R. Breyer
United States District Judge

---
1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.