UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>　　　　Defendants. | No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CSK AUTO, INC.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CSK AUTO, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 12/18/2013

By: _____
Charles R. Breyer
United States District Judge

---
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CSK AUTO, INC.