BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

11   OLIVER BROWN,                          )      Case No. 3:09-cv-04681-CRB
                                            )
12                  Plaintiff,              )      **ORDER GRANTING PARTIES'**
                                            )      **DISMISSAL WITH PREJUDICE OF**
13   vs.                                    )      **DEFENDANT CRANE CO.**
                                            )
14   ASBESTOS DEFENDANTS, *et al.*,         )
                                            )
15                  Defendants.             )
                                            )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20

21        PURSUANT TO STIPULATION, **IT IS SO ORDERED.**  All claims against Defendant

22   CRANE CO. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of

23   Civil Procedure.

24

25

26   Dated: April 23, 2014             By: _____
                                            Charles R. Breyer
27                                          United States District Judge

28                                          Hon. Jacqueline Scott Corley

                                            1
     ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO.