United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>HUNTINGTON INGALLS INC., et al.,<br><br>    Defendants. | Case No. 12-cv-03260-CRB   (JSC)<br><br>**ORDER REGARDING SETLEMENT NEGOTIATIONS BETWEEN PLAINTIFFS AND DEFENDANT HUNTINGTON INGALLS INC.** |

PATRICIA COTTEN,

    Plaintiff

  v.

HUNTINGTON INGALLS INC., et al.    Case No. 14-2124-JD (JSC)

    Defendants.

_____/

OLIVER BROWN, III,

    Plaintiff    Case No. 09-4681-CRB (JSC)

  v.

HUNTINGTON INGALLS INC., et al.,

    Defendants.

_____/

DAVID FILER,

    Plaintiff    Case No. 12-0514-CRB (JSC)

  v.

HUNTINGTON INGALLS INC. et al.,

_____/

1 JESSIE DUENAS,

2     Plaintiff      Case No. 12-0714-CRB (JSC)

3     v.

4 HUNTINGTON INGALLS INC. et al.,

5     _____/

7 The above plaintiffs and defendant Huntington Ingalls Inc. have advised that they are attempting to negotiate a package settlement of the above cases along with several other cases. The Court therefore orders the following schedule.

Huntington Ingalls Inc. shall provide Plaintiff's counsel Brayton Purcell LLP with a list of the cases to be negotiated as part of the package on or before **March 4, 2015.**

Brayton Purcell LLP shall respond to Foster Wheeler LLP with a demand/s on or before **March 25, 2015.**

Huntington Ingalls Inc. shall respond to Brayton Purcell LLP's offer on or before April 30, 2015.

The Court will hold a telephone status call on **Tuesday, May 19, 2015 at 9:00 a.m**. with counsel for plaintiffs and Huntington Ingalls Inc. Brayton Purcell LLP shall provide the call in number.

In the event the above cases are unable to be resolved as part of a package negotiation, the Court will set a further settlement conference at which the litigants must attend in person.

**IT IS SO ORDERED.**

Dated: Feb. 26, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge