UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>　　　　　Defendants. | Case No. 09-cv-04681-CRB   (JSC)<br><br>**ORDER REGARDING DISCOVERY AND SETTLEMENT NEGOTIATIONS** |

　　　　As discussed at the settlement conference on March 10, 2015, the parties are ordered as follows:

**A.　　Discovery in the *Brown* Action**

　　　　1.　　On or before Friday, **March 13, 2015,** the parties shall schedule the date(s) for the plaintiffs' depositions.

　　　　2.　　On or before Friday, **March 13, 2015**, Plaintiff and defendant Goodyear shall determine whether Plaintiff requires a 30(b)(6) deposition of Goodyear and, if so, schedule the deposition.

　　　　3.　　On or before **March 24, 2015**, Plaintiff shall respond to the outstanding interrogatories served by defendant Goodyear and provide the responses to all remaining defendants.

　　　　4.　　On or before **March 24, 2015**, Plaintiffs shall provide Defendants with all forms/documents/affidavits submitted to bankruptcy trustees.

　　　　5.　　On or before **May 11, 2015,** Plaintiffs shall provide Defendants with an updated economist expert report.

　　　　6.　　On or before **May 11, 2015**, Plaintiffs shall provide Defendants with the

name of their new pulmonary expert.

**B.    Settlement Negotiations with Defendant Electric Boat**

1.    By Friday, **March 13, 2015,** defendant Electric Boat will provide plaintiffs' counsel Brayton Purcell with a list of cases to include in a package negotiation.

2.    On or before **Friday, March 26, 2015**, counsel Brayton Purcell will provide Electric Boat with a demand for each case the parties agree to include in the package negotiation.

3.    On or before **April 17, 2015**, Electric Boat will respond to the Brayton Purcell demand.

4.    On or before **May 1, 2015,** Brayton Purcell shall respond to Electric Boat. The parties shall thereafter continue their negotiations in good faith.

**C.    Settlement Negotiations with Defendant General Electric**

1.    By Friday, **March 20, 2015,** defendant General Electric will provide plaintiffs' counsel Brayton Purcell with a list of cases to include in a package negotiation.

2.    On or before Friday, **April 3, 2015,** Brayton Purcell will provide General Electric with a demand for each case the parties agree to include in the package negotiation.

3.    On or before Friday, **April 17, 2015,** General Electric will respond to the Brayton Purcell demand.

4.    On or before **May 1, 2015,** Brayton Purcell shall respond to General Electric.  The parties shall thereafter continue their negotiations in good faith.

**D.    Further Settlement Conference in *Brown***

The Court will hold a further settlement conference in *Brown* with counsel only on **Wednesday, May 27, 2015** at 11:00 a.m.  Plaintiffs shall provide the Court with an update on the status of settlement negotiations by email or telephone on or before noon on May 26, 2015. Defendants may, but are not required to, submit an updated settlement conference statement or letter by the same date and time.

1    **IT IS SO ORDERED.**

2    Dated: March 10, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge