**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN, III, as Successor-in-Interest to and as Wrongful Death Heir of OLIVER BROWN, Deceased; and PHILLIP BROWN, as Wrongful Death Heir of OLIVER BROWN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>Defendants. | No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT QUINTEC INDUSTRIES, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant QUINTEC INDUSTRIES, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 14, 2015             By: _____
                                                    Charles R. Breyer
                                                    United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT QUINTEC INDUSTRIES, INC.