UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. SHELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OWENS-ILLINOIS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 11-cv-05597-CRB   (JSC)<br><br>**ORDER DIRECTING COUNSEL TO MEET IN PERSON FOR SETTLEMENT DISCUSSIONS**<br><br>This Order also applies to:<br><br>Brown, 09-4681 CRB<br><br>Miller, 14-3082 CRB |

　　　　Counsel for Plaintiffs, David Donadio, and counsel for defendants General Electric and CBS, Derek Johnson and/or Charles Sheldon, shall meet in person on or before Friday, September 4, 2015 to discuss settlement of the above cases (Shelley, Brown and Miller).  On or before September 11, 2015, Plaintiffs shall advise the Court in writing of the status of those discussions.

　　**IT IS SO ORDERED.**

Dated: August 12, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge