**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN III, as Successor-In-Interest to and as Wrongful Death Heir of OLIVER BROWN, Deceased; and PHILLIP LEE BROWN, as Wrongful Death Heir of OLIVER BROWN, Deceased,<br><br>             Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>             Defendants. | No.  3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant J.T. THORPE & SON, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 9/3/2015                        By: _____
                                                        Charles R. Breyer
                                                        United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT J.T. THORPE & SON, INC.