**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVER BROWN III, as Successor-In-Interest to and as Wrongful Death Heir of OLIVER BROWN, Deceased; and PHILLIP LEE BROWN, as Wrongful Death Heir of OLIVER BROWN, Deceased,<br><br>  Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>  Defendants. | No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT HUNTINGTON INGALLS INCORPORATED, FORMERLY KNOWN AS NORTHROP GRUMMAN SHIPBUILDING, INC. AND FORMERLY KNOWN AS NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant HUNTINGTON INGALLS INCORPORATED, formerly known as NORTHROP GRUMMAN SHIPBUILDING, INC. and formerly known as NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY are hereby dismissed with prejudice.

Dated: Nov. 10, 2015           By: /s/ Charles R. Bryer
                                    Charles R. Bryer
                                    United States District Judge