BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVER BROWN III, as Successor-In-Interest to and as Wrongful Death Heir of OLIVER BROWN, Deceased; and PHILLIP LEE BROWN, as Wrongful Death Heir of OLIVER BROWN, Deceased,<br><br>          Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>          Defendants. | No.  3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS  EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant THE GOODYEAR TIRE & RUBBER COMPANY are hereby dismissed with prejudice.

Dated: November 17, 2015          By: _____
                                                         Charles R. Bryer
                                                         United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY