# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER BROWN III, as Successor-In-Interest to and as Wrongful Death Heir of OLIVER BROWN, Deceased; and PHILLIP LEE BROWN, as Wrongful Death Heir of OLIVER BROWN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, *et al.*,<br><br>Defendants. | No. 3:09-cv-04681-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED, FORMERLY KNOWN AS NORTHROP GRUMMAN SHIPBUILDING, INC. AND FORMERLY KNOWN AS NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HUNTINGTON INGALLS INCORPORATED, formerly known as NORTHROP GRUMMAN SHIPBUILDING, INC. and formerly known as NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Dec. 31, 2015  By: _____
Charles R. Breyer
United States District Judge