United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   RONALD DUTTON,                              Case No. 05-3107 CRB
8           Plaintiff,
9       v.                                      **ORDER TO DEFENDANT GENERAL ELECTRIC AND PLAINTIFFS REGARDING STATUS OF SETTLEMENTS**
10  GENERAL ELECTRIC, et al.,
11          Defendants.                         *This Order Relates To*:
                                                Clemmer, 05-3107 CRB
12                                              Alexander, 05-4945 CRB
                                                Cody, 06-0843 CRB
13                                              Cervenka, 06-6949 CRB
                                                Huff, 08-4490 CRB
14                                              Hulsen, 09-2012 CRB
15                                              Bullock, 09-3185 CRB
                                                Jackson, 09-3186 CRB
16                                              Jones, 09-3953 CRB
                                                Brown, 09-4681 CRB
17                                              Mack, 10- 1729 CRB
                                                Gilpin, 11-3564 CRB
18                                              Huff, 11-3772 CRB
                                                Shelly, 11-5597 CRB
19                                              Duenas, 12-0714 CRB
20                                              Lowe, 12-5227 CRB
                                                McMeans, 13-0937 CRB
21
22
        Plaintiffs and General Electric have advised the Court that the above cases have settled;
23
    however, as of the date of this Order dismissals of the cases or of the claims against General
24
    Electric have not been filed. Accordingly, on or before **July 22, 2016**, the parties shall file
25
    dismissals in the above actions or, if no dismissal can be filed, a joint statement explaining the
26
    status of the settlement in each still pending action.
27
28

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge